McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:04-CR-382-EJG |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT FORZANO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   WHEREAS, on September 9, 2005, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Robert Forzano forfeiting to the United States the following property:

   a.  Western Digital hard drive, manufactured in Malaysia.

   AND WHEREAS, on December 9, 16, and 23, 2005, the United States published notification of the Court's Preliminary Order of Forfeiture in the Daily Recorder (Sacramento County), a newspaper of general circulation located in the county in which the subject property was seized.  Said published notice advised all third

1

1  parties of their right to petition the court within thirty (30) days
2  of the publication date for a hearing to adjudicate the validity of
3  their alleged legal interest in the forfeited property;
4      AND WHEREAS, the Court has been advised that no third party has
5  filed a claim to the subject property, and the time for any person
6  or entity to file a claim has expired.
7      Accordingly, it is hereby ORDERED and ADJUDGED:
8      1.  A Final Order of Forfeiture shall be entered forfeiting to
9  the United States of America all right, title, and interest in the
10 above-listed property pursuant to 18 U.S.C. § 2253, to be disposed
11 of according to law, including all right, title, and interest of
12 Robert Forzano.
13     2.  All right, title, and interest in the above-described
14 property shall vest solely in the name of the United States of
15 America.
16     3.  The United States shall maintain custody of and control
17 over the subject property until it is disposed of according to law.
18     SO ORDERED THIS 13th  day of   February        , 2006.
19
20
21                              /s/ Edward J. Garcia
                                EDWARD J. GARCIA
22                              United States District Judge